**COM.**

**v.**

**WILSON, J.**

**970 WDA 2016**

Superior Court of Pennsylvania.

06/29/2017

CP–62–CR–0000359–2008 (Warren)

Quashed

**COM.**

**v.**

**CERQUEIRA, K.**

**1004 WDA 2016**

Superior Court of Pennsylvania.

6/29/2017

CP–65–SA–0000012–2016
(Westmoreland)

Affirmed

**COM.**

**v.**

**ANDERSON, J.**

**1145 WDA 2016**

Superior Court of Pennsylvania.

6/29/2017

CP–25–CR–0003325–2015
(Erie)

Affirmed—Application to Withdraw as Counsel Granted

**TELISKI, C.**

**v.**

**THORNTON, L.**

**1405 WDA 2016**

Superior Court of Pennsylvania.

06/29/2017

NS201600393/PACSES No. 225115840
(Erie)

Affirmed

**NILLES, R.**

**v.**

**HU, K.**

**1615 WDA 2016**

Superior Court of Pennsylvania.

06/29/2017

A.D. No. 14–11007
(Butler)

Affirmed